UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE LOCAL 813 INSURANCE TRUST FUND, et al.,

                Plaintiffs,

against

A.R.J.R. TRUCKING CORP., et al.,

                Defendants.

CIVIL ACTION NO.: 12 Civ. 6249 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties are **ORDERED** to file, by **Wednesday, December 18, 2019**, a joint status report explaining the status of all pending issues in this case, including the status of discovery.

Dated:    New York, New York
            December 11, 2019

SO ORDERED

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**