UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE LOCAL 813
INSURANCE TRUST FUND, ET AL.,

    Plaintiffs,

-against-

ROGAN BROTHERS SANITATION, INC., ET AL.,

    Defendants.

1:12-cv-06249 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiffs' Motion via an order to show cause directing Westchester County, New York to turnover and remit funds to the Trustees, ECF No. 213, is terminated as moot in light of the Trustees settlement with R&S Waste Services, LLC. *See* ECF No. 285.

In addition, it having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: December 16, 2019
      New York, New York

                                                     ANDREW L. CARTER, JR.
                                                     United States District Judge